UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 09-60264-CR-COHN

MITIENNE JEANTY,

      Petitioner,

v.

UNITED STATES OF AMERICA,

      Respondent.
_____/

## ORDER DENYING DEFENDANT'S MOTION FOR REDUCTION OF SENTENCE

**THIS CAUSE** is before the Court on Defendant Mitienne Jeanty's Motion Under 18 U.S.C. § 3582(c)(2) Pursuant to the Fair Sentencing Act [DE 31]. The Court has considered the motion, the Government's response [DE 33], and is otherwise fully advised in the premises.[1]

Mr. Jeanty plead guilty to a three-count indictment, which included the charge of possession with the intent to distribute 50 grams or more of crack cocaine. Although his advisory guideline range was 97 to 121 months imprisonment, he was sentenced to the statutory mandatory minimum sentence of 120 months imprisonment. Mr. Jeanty now seeks a reduction of his sentence pursuant to 18 U.S.C. § 3582(c)(2) based on an amendment to the sentencing guidelines effective November 1, 2011. Amendment 750 altered the offense levels in Section 2D1.1 applicable to crack cocaine offenses, however, the amendment did not affect statutorily required sentences such as the mandatory minimum 120 month sentence imposed on Mr. Jeanty. Accordingly, it is hereby

---

[1] Mr. Jeanty has not filed a reply, and the time for doing so has passed.

**ORDERED AND ADJUDGED** that Defendant Mitienne Jeanty's Motion Under 18 U.S.C. § 3582(c)(2) Pursuant to the Fair Sentencing Act [DE 31] is **DENIED**.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 23rd day of January, 2012.

JAMES I. COHN
United States District Judge

Copies provided to:
Counsel of record via CM/ECF

Mitienne Jeanty, *pro se*, via CM/ECF regular mail
Fed Reg # 91201-004
FCC Yazoo City, Low
PO Box 5000
Yazoo City, MS 39194-5000